WILLIAM P. FLECKENSTEIN, Respondent, v. BENNY FRIEDMAN and Another, Appellants.— Order affirmed, with twenty dollars costs and disbursements, without prejudice to application to resettle order of this court of December 7, 1934. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

WILLIAM P. FLECKENSTEIN, Appellant, v. BENNY FRIEDMAN and Another, Respondents.— Order so far as appealed from modified by granting so much of item 3 as covers the names of individuals against whom the alleged acts were

committed, and as so modified affirmed, without costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.